N. A. LEFEVRE et al., Appellants,

v.

CARLTON INDEPENDENT SCHOOL DISTRICT et al., Appellees.

No. 3377.

Court of Civil Appeals of Texas.

Waco.

July 2, 1956.

C. O. McMillan, Stephenville, for appellants.

Sam M. Russell, Stephenville, Truman E. Roberts, Hamilton, for appellees.

McDONALD, Chief Justice.

An election was held in the Carlton Independent School District whereby the District voted to raise the school tax, and to issue bonds for school construction and repair. Plaintiffs, who are resident taxpaying voters of the Carlton Independent School District, filed this suit contesting the results of the election. Contestees filed a number of special exceptions to plaintiffs' petition, which were by the trial court sustained. Plaintiffs refused to amend their pleading, whereupon the trial court dismissed plaintiffs' case. Plaintiffs appealed, causing transcript to be filed in this court. No statement of facts has been filed. Plaintiffs have filed no brief within the 30-day period prescribed by Rule 414, Texas Rules of Civil Procedure, nor shown any cause why such has not been filed.

From the foregoing it is our view that plaintiffs' appeal should be dismissed for want of prosecution. See Rule 415 T.R. C.P. and cases there collated. Accordingly, plaintiffs' appeal is dismissed.